IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GRACIE COOK, on behalf of the Wrongful
Death Beneficiaries and the Estate of WILLIE
P. ADKINS, Deceased, as Administratrix.**                          **Plaintiff**

      v.                                              CASE NO. 3:10CV018-M-A

**GGNSC Ripley LLC d/b/a Golden Living Center
Ripley; GGNSC Administrative Services, LLC;
GGNSC Clinical Services, LLC;
and Golden Gate National Senior Care, LLC**                        **Defendants**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

      BEFORE THE COURT is the *ore tenus* Joint Motion of the Plaintiff and Defendants for dismissal of this cause, including all claims asserted herein or which could have been asserted herein, with prejudice, and after having duly considered said *ore tenus* Joint Motion, and having been advised that the parties herein are in agreement that dismissal of this action, with prejudice, is appropriate, the Court finds that said *ore tenus* Joint Motion is well taken and should be granted.  IT IS, THEREFORE,

      ORDERED AND ADJUDGED that the Complaint(s) of Plaintiff, Gracie Cook, on behalf of the wrongful death beneficiaries and the Estate of Willie P. Adkins, deceased, as Administratrix, which has been filed in this cause, as well as any claims contained therein or which could have been contained therein, against Defendants GGNSC Ripley LLC d/b/a Golden Living Center-Ripley; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; and Golden Gate National Senior Care, LLC are hereby dismissed, with prejudice.  The Clerk is hereby ordered to close this file, and all parties shall bear their own costs.

948693

SO ORDERED AND ADJUDGED, this the 27th day of January, 2012.

        **/s/ MICHAEL P. MILLS**
        **CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF MISSISSIPPI**

948693